1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICKEY LOUIS ALFORD,              )          No. C 09-02922 JF (PR)
                                  )
              Plaintiff,          )          ORDER OF DISMISSAL
                                  )
      vs.                         )
                                  )
                                  )
RODNEY MCELVAINE, et al.,         )
                                  )
              Defendants.         )
                                  )
_____    )          (Docket No. 2)

On June 29, 2009, Plaintiff, a state prisoner, filed the instant civil rights

action pursuant to 42 U.S.C. § 1983, and a motion for leave to proceed in forma

pauperis.  (Docket No. 2.)  On the same day, the clerk of the Court sent a

notification to Plaintiff that his In Forma Pauperis application was deficient because

Plaintiff failed to submit a Certificate of Funds in Prisoner's Account and a copy of

his prisoner trust account statement showing transactions for the last six months.

(Docket No. 3.)  The notification included the warning that the case would be

dismissed if Plaintiff failed to respond within thirty days.

The deadline has since passed, and Plaintiff has not paid the filing fee nor

filed a completed in forma pauperis application.  Accordingly, this case is

1    DISMISSED without prejudice for failure to pay the filing fee.

2         The Clerk shall terminate any pending motions and close the file.

3         IT IS SO ORDERED.

4

5    DATED: _____10/14/09_____    _____

6                                           JEREMY FOGEL
                                            United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICKEY L ALFORD,

                Plaintiff,

  v.

RODNEY MCELVAINE, et al.,

                Defendants.

                                 /

Case Number: CV09-02922 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____10/19/09_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rickey Louis Alford J39242
CA State Prison-Los Angeles County
PO Box 4670
Lancaster, CA 93539

Dated: _____10/19/09_____

                                Richard W. Wieking, Clerk